**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MANNHEIM MEDICAL PROPERTY LLC, ) | |
| ) | Case No. 1:25-cv-7467 |
| Plaintiff, ) | |
| ) | **NOTICE OF REMOVAL OF** |
| v. ) | **ACTION UNDER 28 U.S.C. § 1441** |
| ) | **(Diversity Jurisdiction)** |
| FIDELITY AND GUARANTY INSURANCE ) | |
| COMPANY, THE TRAVELERS INDEMNITY ) | CIRCUIT COURT OF |
| COMPANY, ) | COOK COUNTY, IL |
| ) | No. 2025 L 004600 |
| Defendants. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, FIDELITY AND GUARANTY INSURANCE COMPANY ("Fidelity") and THE TRAVELERS INDEMNITY COMPANY ("Travelers Indemnity"), by and through their attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby remove to this Court the state court action described below:

1. On April 3, 2025, Plaintiff, MANNHEIM MEDICAL PROPERTY LLC ("Mannheim Medical"), filed an action in the Circuit Court of Cook County, Illinois, under Case No. 2025 L 004600, against Defendants. Mannheim Medical's Complaint is attached hereto as Exhibit A and incorporated herein by reference.

2. On June 2, 2025, the Summons and Complaint were served on Defendants by mail to the Illinois Department of Insurance as Defendants' agent for service of process.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after Defendants' receipt of Mannheim Medical's Complaint on June 2, 2025.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Plaintiff, Mannheim Medical, is an Illinois limited liability company with its principal place of business in Franklin Park, Illinois. The Office of the Illinois Secretary of State identifies the managers of Mannheim Medical as Luis A. Couret and Myriam Yokana. Luis A. Couret and Myriam Yokana are each an Illinois citizen as each is domiciled in Illinois. No member of Mannheim Medical is a citizen of Iowa or Connecticut.

6. At the time the Complaint was filed, and at all times subsequent thereto, Defendant Fidelity was and is an Iowa corporation with its principal place of business in the State of Connecticut.

7. At the time the Complaint was filed, and at all times subsequent thereto, Defendant Travelers Indemnity was and is a Connecticut corporation with its principal place of business in the State of Connecticut.

8. As Mannheim Medical's Complaint alleges damages in excess of $406,000 (paragraph 16), the amount in controversy exceeds $75,000.

WHEREFORE, Defendants, FIDELITY AND GUARANTY INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY, pray that the above-entitled cause, currently pending in the Circuit Court of Cook County, Illinois, under Case No. 2025 L 004600, be removed therefrom to the United States District Court for the Northern District of Illinois and that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com

Attorneys for Defendants,
FIDELITY AND GUARANTY INSURANCE
COMPANY ("Fidelity") and THE TRAVELERS
INDEMNITY COMPANY

**CERTIFICATE OF SERVICE**

    I, the undersigned, on oath, subject to penalty of perjury, state that I served the Notice of Removal and Appearance, by emailing to all counsel of record on July 2, 2025, at the email address set forth below.

    Greta Lloyd
    Hair Shunnarah Trial Attorneys
    3001 17th Street
    Metairie, LA 70002
    312-300-4147
    glloyd@hstalaw.com

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com