**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MANNHEIM MEDICAL PROPERTY LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY AND GUARANTY INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-7467 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Mannheim Medical Property LLC, and Defendants, Fidelity and Guaranty Insurance Company and The Travelers Indemnity Company, by and through their respective attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1) and their settlement of all matters in dispute, submit this Joint Stipulation of Dismissal with Prejudice. The parties hereby agree to the dismissal of this action with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

*/s/ Greta Lloyd*
Greta Lloyd
HAIR SHUNNARAH TRIAL ATTORNEYS
3001 17th Street
Metairie, LA 70002
312-300-4147
glloyd@hstalaw.com

*Attorneys for Plaintiff*

*/s/ Thomas Orlando*
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com

*Attorney for Defendants*